IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02260-EWN-BNB

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY OF ARIZONA,

Plaintiffs,

v.

TAMI S. SHEPHERD, also known as TAMMY SHEPHERD,
ASHLEY ANN ELLIS, formerly known as ASHLEY ANN MORENO (a minor child),
LISA MELINA ELLIS, formerly known as LISA MELINA MORENO, and
MORRISSETT FUNERAL HOME,

Defendants.

_____

**ORDER**
_____

This matter was set for a scheduling conference today. Counsel for the plaintiff appeared and explained that the case has been resolved, subject to the approval of a state probate court insofar as the settlement affects the rights of a minor child. In addition, at the conference counsel for the plaintiff moved orally to withdraw the pending **Motion for Order to Deposit Funds Into the Registry of the Court** *[Doc. # 2, filed 11/8/05]* (the "Motion").

IT IS ORDERED that the plaintiff shall file a status report on or before **March 15, 2006**, indicating the status of the probate matter and an expected timetable for the final disposition of this case.

IT IS FURTHER ORDERED that the Motion is DENIED WITHOUT PREJUDICE as withdrawn, to be resubmitted if necessary at a later time.

Dated January 20, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge